ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

```
U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
      FILED

   MAY 2 2 2007

CLERK, U.S. DISTRICT COURT
By _____
          Deputy
```

UNITED STATES OF AMERICA          )
                                  )
VS.                               )          CASE NO.:  3:06-CR-303-M
                                  )
MOISES GARCIA                     )

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

MOISES GARCIA, by consent, under authority of <u>United States v. Dees</u>, 125 F.3d 261 (5th

Cir. 1997), has appeared before me pursuant to Fed. R. Crim.P. 11, and has entered a plea of guilty

to Count(s) 1 and 2 of the Indictment. After cautioning and examining MOISES GARCIA under

oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was

knowledgeable and voluntary and that the offense(s) charged are supported by an independent basis

in fact containing each of the essential elements of such offense. I therefore recommend that the plea

of guilty be accepted, and that MOISES GARCIA be adjudged guilty and have sentence imposed

accordingly.

Date:   May 22, 2007

_____
PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE

## NOTICE

Failure to file written objections to this Report and Recommendation within ten (10) days
from the date of its service shall bar an aggrieved party from attacking such Report and
Recommendation before the assigned United States District Judge. 28 U.S.C. §636(b)(1)(B).